# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY MCANDREW,

      Plaintiff,

   v.

NORTHUMBERLAND COUNTY, BRUCE KOVACH, individually and in his official capacity, SAMUEL J. SCHICCATANO, JOSEPH M. KLEBON, KYMBERLY L. BEST, JAMES HOSKIN, and JOHN DOES 1-6,

      Defendants.

No. 4:22-CV-00834

(Chief Judge Brann)

## ORDER

### AUGUST 21, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 21) is **GRANTED**.

2. Plaintiff's Amended Complaint (Doc. 20) is **DISMISSED** as follows:

   (1) All claims against Defendants Bruce Kovach, Samuel J. Schiccatano, Joseph M. Klebon, Kymberly L. Best, and James Hoskin, in their individual and official capacities, are **DISMISSED WITH PREJUDICE**; and (2) All claims against Defendant Northumberland

County and Defendants John Does 1-6 are **DISMISSED WITHOUT PREJUDICE**.

3.    Plaintiff is granted leave to file a Second Amended Complaint within fourteen (14) days of the date of this Order, should he choose to do so.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge