IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MCANDREW, Administrator of the Estate of MEGHAN MCANDREW, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> NORTHUMBERLAND COUNTY, JAMES HOSKIN, and JOHN DOES 1-6, <br><br> Defendants. | No. 4:22-CV-00834 <br><br> (Chief Judge Brann) |

## ORDER

### JANUARY 17, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 32) is **GRANTED IN PART**:

    a. Defendant James Hoskin is **DISMISSED WITH PREJUDICE** from the Second Amended Complaint;

    b. Defendants John Does 1-6 are **DISMISSED WITH PREJUDICE** from Count III of the Second Amended Complaint;

2. Plaintiff is ordered to show cause as to why Count II of the Second Amended Complaint shall not be dismissed with prejudice no later than January 31, 2024;

3. If Plaintiff shows cause as to why Count II of the Second Amended Complaint shall not be dismissed with prejudice by January 31, 2024, Defendants are to respond no later than February 15, 2024; alternatively, if Plaintiff fails to show cause as to why Count II of the Second Amended Complaint shall not be dismissed with prejudice by January 31, 2024, Defendants are also to file an answer no later than February 15, 2024.

4. Defendants' Motion to Dismiss (Doc. 32) is **DENIED** in all other respects.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge